John J. Talton, Chapter 13 Trustee

Check No. 830109

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-20068 | 106-0 | RICKY DALE HARRINGTON SR.<br>Original Check written to:<br>DRENNONS FURNITURE<br>317 N POLK<br>JEFFERSON, TX  75657- | 8934 | 0.00 | 1,235.28 | 180.18 | 1,415.46 |
| 06-20068 | 107-0 | RICKY DALE HARRINGTON SR.<br>Original Check written to:<br>DRENNONS FURNITURE<br>317 N POLK<br>JEFFERSON, TX  75657- | 8637 | 0.00 | 471.37 | 68.67 | 540.04 |
| 06-60340 | 002-0 | CARL C EVERETT<br>Original Check written to:<br>AMERICAN GENERAL FINANCE<br>1700 SSE LOOP 323 #320<br>TYLER, TX  75701 | xxxx3064 | 0.00 | 37.82 | 6.25 | 44.07 |
| 07-60677 | 030-0 | DANIEL CARROLL FINDLEY<br>Original Check written to:<br>FAMILY & COSMETIC DENTISTRY<br>C/O JULIE C. STERN,  ATTY AT LAW, PC<br>PO BOX 1239<br>CANTON, TX  75103- | 0034 | 741.24 | 36.93 | 0.00 | 36.93 |
| 09-60009 | 054-0 | SARAH VAUGHN JONES<br>Original Check written to:<br>RUSK COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxxx0000 | 562.86 | 0.00 | 12.00 | 12.00 |
| 09-61256 | 039-0 | CASSANDRA BRAGER<br>Original Check written to:<br>CITIFINANCIAL<br>103 1/2 HIGHWAY 64<br>HENDERSON, TX  75652- | 6435 | 1,654.25 | 0.00 | 2.01 | 2.01 |
| 10-60492 | 044-0 | DENNIS PAUL BARKER<br>Original Check written to:<br>FC TEXAS LENDING<br>PAYDAY LOAN<br>6451 NORTH FEDERAL HWY, SUITE 1204<br>FORT LAUDERDALE, FL  33308- | | 0.00 | 50.00 | 0.00 | 50.00 |